GOLDSMITH & HULL, A P.C. File No. 587075
William I. Goldsmith   SBN 82183
Stephen R. Goldsmith  SBN 291555
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone:  (818) 990-6600
Facsimile:  (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER : 2:18-cv-9555 |
| Plaintiff, | |
| v. | |
| CAROLYN SYLVA AKA CAROLYN C.GUNTALILIB | CERTIFICATION RE INTERESTED PARTIES |
| Defendant(s). | |

TO THE COURT:

The undersigned counsel for plaintiff  UNITED STATES OF AMERICA certifies that each party listed below has a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:   UNITED STATES OF AMERICA, plaintiff; and CAROLYN SYLVA AKA CAROLYN C.GUNTALILIB, defendant(s).

DATED:   NOVEMBER 12,2018        GOLDSMITH & HULL, A P.C.


_____/S/_____
Stephen R. Goldsmith
Attorneys for Plaintiff